**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**Southern District of Texas**

Case number (if known): _____   Chapter __11__

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                     06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| **1. Debtor's name** | **Trinity Excavators, LLC** |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as names* | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 4 7 – 3 3 6 7 2 9 0 |

**4. Debtor's address**

Principal place of business

**28803 Comal River Ct.**
Number        Street

**Spring, TX 77386**
City                          State      ZIP Code

**Harris**
County

Mailing address, if different from principal place of business

_____
Number        Street

_____
City                          State      ZIP Code

Location of principal assets, if different from principal place of business

_____
Number        Street

_____
City                          State      ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Trinity Excavators, LLC**                                  Case number *(if known)* _____
         Name

| | |
|---|---|
| **7. Describe debtor's business** | **A.** *Check one:* |
| | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | ☐ Railroad (as defined in 11 U.S.C. §101(44)) |
| | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | ☐ Clearing Bank (as defined in 11 U.S.C. §781(3)) |
| | ☑ None of the above |

**B.** *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .
**2  3  6  2**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____  When _____  Case number _____
                                       MM / DD / YYYY

        District _____  When _____  Case number _____
                                       MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes.  Debtor **TE Construction Group, LLC** _____  Relationship **Affiliate** _____

       District **Southern District of Texas** _____  When ___**11/6/2024**___
                                                MM / DD / YYYY

       Case number, if known _____

Debtor   **Trinity Excavators, LLC**                                          Case number *(if known)* _____
          Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?** _____<br>                    Number    Street<br><br>               City        State   ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>           Contact name _____<br>           Phone _____ |

<table>
<tr><td colspan="2">■   **Statistical and administrative information**</td></tr>
</table>

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☐ 1-49  ☑ 50-99    ☐ 1,000-5,000  ☐ 5,001-10,000  ☐ 25,001-50,000  ☐ 50,000-100,000<br>☐ 100-199  ☐ 200-999    ☐ 10,001-25,000    ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000          ☑ $1,000,001-$10 million    ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000    ☐ $10,000,001-$50 million    ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000   ☐ $50,000,001-$100 million   ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million    ☐ $100,000,001-$500 million  ☐ More than $50 billion |

Debtor    **Trinity Excavators, LLC**
_____    Case number *(if known)* _____
          Name

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --**   Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■   The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■   I have been authorized to file this petition on behalf of the debtor.

■   I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
MM/ DD/ YYYY

X _____      **Brian Buttry**
Signature of authorized representative of debtor      Printed name

Title _____**President**_____

**18. Signature of attorney**

X  /s/ Harrison A. Pavlasek
_____      Date  **11/06/2024**
Signature of attorney for debtor                  MM/ DD/ YYYY

**Harrison A. Pavlasek**
Printed name

**Forshey Prostok LLP**
Firm name

**777 Main Street Suite 1550**
Number          Street

**Fort Worth**                **TX**      **76102**
City                      State    ZIP Code

**(817) 877-8855**                **hpavlasek@forsheyprostok.com**
Contact phone                      Email address

**24126906**                        **TX**
Bar number                        State

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) Case No. _____ |
| Trinity Excavators, LLC, | ) |
| | ) |
| Debtors. | ) Chapter 11 |
| | ) |
| In re: | ) |
| | ) Case No. _____ |
| TE Construction Group, LLC | ) |
| | ) |
| Debtors. | ) Chapter 11 |
| | ) |

**MINUTES OF SPECIAL MEETING OF
THE MEMBER OF TRINITY EXCAVATORS, LLC**

November 6, 2024

The undersigned, being the sole member of Trinity Excavators, LLC a Texas Limited Liability Company (the "Company"), does hereby certify that at a special called meeting held on November 6, 2024, the following resolutions were adopted and unanimously passed by the sole member present and attending;

**RESOLVED,** that the Company be, and it hereby is, authorized to file with the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court") a voluntary petition under Chapter 11 of the Bankruptcy Code and that either Brian Buttry or Dana Buttry, is authorized to perform any and all such acts (each an "Authorized Officer") of the Company as may be deemed to be reasonable, advisable, expedient, convenient, proper or necessary to effect the foregoing;

**FURTHER RESOLVED,** that the Authorized Officer be, and hereby is, authorized and empowered to retain, on behalf of the Company, the law firms of Carothers & Hauswirth LLP and Forshey & Prostok, LLP to act as counsel in the representation of the Company, as debtor, in such case under the Bankruptcy Code and in all matters arising in connection therewith, and such other officers, attorneys, advisors, and accountants as the Authorized Officer so acting shall deem necessary or appropriate;

**FURTHER RESOLVED,** that the Authorized Officer be, and hereby is, authorized and empowered, on behalf of the Company, in connection with any case commenced voluntarily under Chapter 11 of the Bankruptcy Code, to file or cause to be filed with the Bankruptcy Court, together with any amendments or modifications thereto or restatements thereof the Schedules, Statement of

Financial Affairs, and all other documents, schedules, or pleadings required under the Bankruptcy Code, Bankruptcy Rules, or both and upon such terms as the Authorized Officer executing the same shall deem necessary or appropriate;

**FURTHER RESOLVED,** that the Authorized Officer be, and hereby is, authorized and empowered, on behalf of the Company, in connection with any case commenced voluntarily under Chapter 11 of the Bankruptcy Code, to file or cause to be filed with the Bankruptcy Court, a Plan of Reorganization, together with any amendments or modifications thereto or restatements thereof (the "Plan") providing for the reorganization or liquidation of the Company upon such terms as the Authorized Officer executing the same shall deem necessary or appropriate;

**FURTHER RESOLVED,** that the Authorized Officer be, and hereby is, authorized and empowered on behalf of the Company, to open up such bank accounts in approved depositories as authorized by the U.S. Trustee's Office, in order to deposit funds of the Company;

**FURTHER RESOLVED,** that the Authorized Officer be, and hereby is, authorized and empowered to take or cause to be taken any and all such further action, to execute and deliver any and all such further instruments and documents, and to pay all such fees and expenses, as the Authorized Officer so acting shall deem appropriate in his judgment to fully carry out the intent and accomplish the purposes of these Resolutions; and

**FURTHER RESOLVED,** that all actions heretofore taken by the Authorized Officer, in the name of and on behalf of the Company, in connection with any of the foregoing matters are hereby in all respects ratified, confirmed and approved.

**IN WITNESS WHEREOF,** the undersigned does hereby certify that these resolutions were passed by the Member of the Company as of the 6th day of November 2024.

MEMBER:

Brian Buttry

2

**Fill in this information to identify the case:**

Debtor name         **Trinity Excavators, LLC**

United States Bankruptcy Court for the:
        **Southern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐   *Schedule H: Codebtors* (Official Form 206H)

☐   *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐   *Amended Schedule* _____

☑   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **11/06/2024**
    MM/ DD/ YYYY

X *signature* _____
    Signature of individual signing on behalf of debtor

    **Brian Buttry**
    Printed name

    **President**
    Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name _____**Trinity Excavators, LLC**_____

United States Bankruptcy Court for the:
_____**Southern District of Texas**_____

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 Colgan Industries<br>c/o Lance Fox<br>3535 Calder Avenue Ste 310<br>Beaumont, TX 77706 | | | | | | $553,515.01 |
| 2 HM South Texas Concrete LLC<br>Corporation Service Company<br>211 E. 7th Street Ste 620<br>Austin, TX 78701 | | | | | | $387,966.83 |
| 3 United Rentals<br>Corporation Service Company<br>211 E. 7th Street Ste 620<br>Austin, TX 78701 | | | | | | $338,985.09 |
| 4 I & A Construction<br>c/o Irene Cardenas<br>Route 20 Box 1038<br>Edinburg, TX 78539 | | | | | | $322,273.18 |
| 5 Alsina Forms Co., Inc.<br>Corporation Service Company<br>211 E. 7th Street Ste 620<br>, | | | | | | $297,833.62 |
| 6 Fortiline Waterworks<br>Capitol Corporate Services, Inc.<br>1501 S. Mopac Expressway Ste 220<br>Austin, TX 78746 | | | | | | $251,512.13 |
| 7 Global Material Solutions LLC<br>c/o Jeremy C. Orellana<br>5059 W Bellfort Ave<br>Houston, TX 77035 | | | | | | $231,347.30 |
| 8 Arcosa Stabilized Materials<br>CT Corporation System<br>1999 Bryan Street Ste 900<br>Dallas, TX 75201 | | | | | | $215,405.14 |

Debtor **Trinity Excavators, LLC**
Name

Case number *(if known)* _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Bee Line Ready Mix c/o Paul Black 11201 State Highway 205 Lavon, TX 75166 | | | | | | $210,644.83 |
| 10 | Martin Marietta Materials CT Corporation System 350 N. St. Paul Street Dallas, TX 75201 | | | | | | $172,952.73 |
| 11 | A Quality Trucking & Dirt Services c/o Mary Coleman 802 Texas Parkway Ste 2-A Stafford, TX 77477 | | | | | | $144,786.00 |
| 12 | Herc Rentals CT Corporation System 289 S Culver St Lawrenceville, GA 30046 | | | | | | $138,264.29 |
| 13 | Donald Pyburn 155 Windfair Loop Montgomery, TX 77316 | | | Unliquidated | | | Unknown |
| 14 | Third Coast Bank CT Lien Solutions 2727 Allen Parkway Ste 100 Houston, TX 77019 | | | Unliquidated | | | Unknown |
| 15 | Slate Advance LLC 15 America Avenue Ste 3 Lakewood, NJ 08701 | | | Unliquidated | | | Unknown |
| 16 | Merchants Bonding Company™ c/o Larry Taylor 6700 Westown Parkway West Des Moines, IA 50266 | | | Unliquidated | | | Unknown |
| 17 | Libertas Funding LLC Corporation Service Company 1201 Hays Street Tallahassee, FL 32301 | | | Unliquidated | | | Unknown |
| 18 | Instafunders LLC c/o Tzvi H. Pershin 1019 Kane Concourse 202-A Miami Beach, FL 33154 | | | Unliquidated | | | Unknown |
| 19 | CloudFund, LLC d/b/a Delta Bridge Funding Business Filings Incorporated 1200 South Pine Island Road Fort Lauderdale, FL 33324 | | | Unliquidated | | | Unknown |
| 20 | Blade Funding Inc. c/o Michael I. Bernstein, PA 10800 Biscayne Boulevard Ste 950 Miami, FL 33161 | | | Unliquidated | | | Unknown |

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE: **Trinity Excavators, LLC**

CASE NO

CHAPTER **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date ___**11/06/2024**___      Signature Brian Buttry (Nov 6, 2024 19:37 CST)_____

Brian Buttry, President

4-Horn Trench & Shoring
Jason Judson, Registered Agent
8003 Red Bluff Road
Pasadena, TX 77507

A Quality Trucking & Dirt Services
Mary Coleman
802 Texas Parkway, Ste 2-A
Stafford, TX 77477

Abatix Corp
Corporation Service Company
211 E. 7th Street, Ste 620
Austin, TX 78701

Action Trucking Company
1306 East Anderson Road
Houston, TX 77047

Agtek Development Co.
Douglass C. Pittman
1309 Merlot
New Braunfels, TX 78132

Allterra Central, Inc.
Robert Hempfling, Registered Agent
116 E. Huntland Drive
Austin, TX 78752

Alsina Forms Co., Inc.
Corporation Service Company
211 E. 7th Street, Ste 620
Austin, TX 78701

American Fence Company
CT Corporation Systems
1999 Bryan Street, Ste 900
Dallas, TX 75201

AmeriTex Pipe & Products LLC
Keny J. Lisenby, Registered Agent
3808 Candleite Court
Fort Worth, TX 76109

Arcosa Stabilized Materials
CT Corporation System
1999 Bryan Street, Ste 900
Dallas, TX 75201

Argos USA LLC
Corporation  Service Company
211 E, 7th Street, Ste 620
Austin, TX 78701

B & H Distributors
Harry C. Hillhouse
12857 Kingsbridge Lane
Houston, TX 77077

Bayou Forming, Inc.
Jim Sonti
1410 Wadsorth
Houston, TX 77015

Bee Line Ready Mix
Paul Black
11201 State Highway 205
Lavon, TX 75166

Bee Sand Company
Wesley W. Weldon
3123 Quail Valley East
Missouri City, TX 77489

Belknap Concrete Cutting & Drilling
S. Cleve Gazaway
903 Solon
Houston, TX 77064

Bigge Crane and Rigging Co. d/b/a Bigge Equip
Corporation Service Company
211 E. 7th Street, Ste 620
Austin, TX 78701

Blade Funding Inc.
Michael I. Bernstein, PA
10800 Biscayne Boulevard, Ste 950
Miami, FL 33161

BPI Materials
Martin Jackson
7601 Hwy 21 West
Bryan, TX 77807

Brenntag North America, Inc.
Corporation Service Company
211 E. 7th Street, Ste 620
Austin, TX 78701

C&C Concrete and Finishing, Inc. d/b/a C&C Co
Kori Hall
15253 Hawk Lane
Holland, TX 76534

Cavett Turner & Wyble LLP
Clifford W. Cavett
2615 Calder, Ste 400
Beaumont, TX 77702

CloudFund, LLC d/b/a Delta Bridge Funding
Business Filings Incorporated
1200 South Pine Island Road
Fort Lauderdale, FL 33324

CMC Commercial Metals
Sandra Marisol Hernandez
2973 Clovis Avenue
Dallas, TX 75233

Colgan Industries
Lance Fox
3535 Calder Avenue, Ste 310
Beaumont, TX 77706

Concrete Contractors Supply of Texas
Leo A. Kissner
4265 San Felipe, Ste 500
Houston, TX 77027

Construction EcoServices II, Inc.
Northwest Registered Agent
5900 Balcones Drive, Ste 100
Austin, TX 78731

Core & Main LP
Corporation Service Company
211 E. 7th Street, Ste 620
Austin, TX 78701

Creating Construction
808 Becker St.
Channelview, TX 77530

Donald Pyburn
155 Windfair Loop
Montgomery, TX 77316

Eco Material Technologies
CT Corporation System
1999 Bryan Street, Ste 900
Dallas, TX 75201

Edgar Machinery Corp.
7700 Romea St.
Houston, TX 77028

Enterprise Commercial Paving
Jeffrey A. Young
13020 Donegal Way
Houston, TX 77047

Environmental Allies
Amanda Mayberry
9370 Windfern Road
Houston, TX 77064

Fire Main Solutions, LLC
Wayne Trivett
315 Magnolia Business Park Drive
Magnolia, TX 77354

Fortiline Waterworks
Capitol Corporate Services, Inc.
1501 S. Mopac Expressway, Ste 220
Austin, TX 78746

Garcia Welding and Machining
Freddy Garcia
1303 Elton St.
Houston, TX 77034

Global Material Solutions LLC
Jeremy C. Orellana
5059 W Bellfort Ave
Houston, TX 77035

HD Supply White Cap
P.O. Box 4852
Orlando, FL 32802

Heavy Machines, Inc.
PO Box 306330
Nashville, TN 37230

Herc Rentals
CT Corporation System
289 S Culver St
Lawrenceville, GA 30046

Hilti Inc.
Prentice-Hall Corporation System, Inc.
800 BRAZOS ST STE 750
Austin, TX 78701

HM South Texas Concrete LLC
Corporation Service Company d/b/a CSC-La
211 E. 7th Street, Ste 620
Austin, TX 78701

Holt CAT
ANDREA H. CATANIA
3300 NO. A STREET BUILDING 2, SUITE 220
Midland, TX 79705

Hurricane Tool & Supply
Glenn Harper
4330 Center Street
Deer Park, TX 77536

I & A Construction
Irene Cardena
Route 20 Box 1038
Edinburg, TX 78539

Industrial Fabrics, Inc
C T CORPORATION SYSTEM
1999 BRYAN ST., STE. 900
Dallas, TX 75201

Instafunders LLC
Tzvi H. Pershin
1019 Kane Concourse, 202-A
Miami, FL 33154

Kelso Concrete Co.
JOHN W. KELSO
7225 HARBORSIDE
Galveston, TX 77554

LHoist North America of Texas, Ltd
THE PRENTICE-HALL CORPORATION SYSTEM, IN
211 E. 7TH STREET SUITE 620
Austin, TX 78701

Libertas Funding LLC
Corporation Service Company
1201 Hays Street
Tallahassee, FL 32301

M Surety Services, LLC
JUSTIN MCQUAIN
39 JUNIPER GROVE PLACE
Spring, TX 77382

Martin Marietta Materials
CT Corporation System
350 N. St. Paul Street
Dallas, TX 75201

Master Curb, LLC
Mrs. Ana Garcia
17916 Arbor Oaks Circle
New Caney, TX 77357

Merchants Bonding Company™
Larry Taylor
6700 Westown Parkway
West Des Moines, IA 50266

Montana Nelson Ready Mix, LLC
MONTANA NELSON
911 E. CHURCH ST.
Livingston, TX 77351

Mustang Cat
CHRIS STAFF
1506 CR 169
Garwood, TX 77442

Mustang Rental Services
JERRY M. YOUNG
12800 NORTHWEST FREEWAY
Houston, TX 77040

Ox Heavy Haul LLC
Dillion Goggin
130 BILTMORE LOOP
Montgomery, TX 77316

Park USA
GARY R. RICE
2828 ROUTH STREET SUITE 400
Dallas, TX

R & A Road Boring, LLC
CELERINO SANCHEZ
11450 HIRSCH RD
Houston, TX 77016

Ram Tool Construction Supply Co.
PO BOX 743487
Atlanta, GA 30374

Ritz Safety
Corporation Service Company dba CSC-Lawy
211 E. 7TH STREET, SUITE 620
Austin, TX 78701

RME Concrete Pumpers Inc.
SHARON DEMCZAK
11455 QUEENSBORO CT.
Montgomery, TX 77316

Rock Solid Precast, LP
BRYAN SAUNDERS
11393 SLEEPY HOLLOW ROAD
Spring, TX 77387

SitePro Rentals, Inc
CHERYL M. GOSCH
5949 SHERRY LANE, SUITE 1900
Dallas, TX 75225

Skyblack Rentals
14029 East Fwy
Houston, TX 77015

Slate Advance LLC
15 America Avenue, Ste 3
Lakewood, NJ 08701

Southern Carlson
CSC of Stephens County, Inc.
597 Big A Road
Toccoa, GA 30577

Special Services, LLC
C T CORPORATION SYSTEM
1999 BRYAN ST., STE. 900
Dallas, TX 75201

Speed Printing & Office Supply
THOMAS F BRAATEN JR
393 GREENS RD
Houston, TX 77060

SpringCy 2, LLC
JOHN ETHAN CURRIER
12777 JONES RD STE 165
Houston, TX 77070

SRM Concrete
J.D. Kious
1000 Hollingshead Circle
Murfreesboro, TN 37129

Summit Equipment Company, LLC
MICHAEL K. OTIS
11339 CUTTEN RD
Houston, TX 77066

Sunbelt Rentals
PO Box 409211
Atlanta, GA 30384

Sunstate Equipment Co.
CT Corporation
1999 Bryan Street. Ste 900
Dallas, TX 75201

Texas State Rentals
20228 Schiel Rd.
Cypress, TX 77433

Texas State Rentals
Dillon Goggin
24010 Tomball Pkwy
Tomball, TX 77375

Third Coast Bank
CT Lien Solutions
2727 Allen Parkway, Ste 100
Houston, TX 77019

United Rentals
Corporation Service Company
211 E. 7th Street, Ste 620
Austin, TX 78701

Vulcan Materials Company
C T CORPORATION SYSTEM
1999 BRYAN ST. SUITE 900
Dallas, TX 75201