IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| Trinity Excavators, LLC | § | Case No. 24-35266 |
| | § | |
| Debtor. | § | |

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS

**PLEASE TAKE NOTICE** that Heidelberg Materials US, Inc. f/k/a Lehigh Hanson Inc. (Heidelberg), a creditor in the above-captioned case, hereby appears by its counsel, Kevin Wiley, Jr. of Hicks Law Group PLLC, pursuant to Section 1109(b) of Title 11 of the United States Bankruptcy Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and files this *Notice of Appearance and Request for Service of Notices and Documents* requesting that copies of all notices, pleadings and other documents filed in the above-captioned bankruptcy case (the "Bankruptcy Case"), as required under Bankruptcy Rule 2002 and 9007, be served at the following address:

> Kevin Wiley, Jr.
> HICKS LAW GROUP PLLC
> 325 N. St. Paul St.
> Suite 4400
> Dallas, TX 75201
> Tel. (469) 619-5721
> Fax (469) 619-5725
> KWiley@HicksLawGroup.com

Please take further notice that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the papers referred to in the Bankruptcy Rules, as per above, but also includes, without limitation, any notice, application, complaint,

demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, messenger delivery, telephone, facsimile, telegraph, telex or otherwise filed or made with regard to the Bankruptcy Case and proceedings herein.

Respectfully Submitted,

HICKS LAW GROUP PLLC

By: _____
Rebecca A. Hicks
State Bar No. 24025428
Kevin S. Wiley, Jr.
State Bar No. 24029902
Mark D. Bagnall
State Bar No. 24092068
325 N. St. Paul St.
Suite 4400
Dallas, TX 75201
Tel. (469) 619-5721
Fax (469) 619-5725
RHicks@HicksLawGroup.com
KWiley@HicksLawGroup.com
MBagnall@HicksLawGroup.com

**ATTORNEYS FOR PLAINTIFFS HEIDELBERG MATERIALS US, INC. f/k/a LEHIGH HANSON, INC.**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 21th day of November, 2024, he caused a true and correct copy of the *foregoing Notice of Appearance and Request for Service of Notices and Documents* to be served upon those parties registered on the ECF noticing system of the Court.

_____
Kevin Wiley, Jr.