**Fill in this information to identify the case:**

Debtor name _____ Trinity Excavators, LLC _____

United States Bankruptcy Court for the: _____ Southern District of Texas _____

(State)

Case number (If known): ____ 24-35266 _____

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

## Part 1:   Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................  $ _____0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................  $ ___2,683,271.71

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..............................................  $ ___2,683,271.71

## Part 2:   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ...............................  $ ___6,218,916.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*................................................  $ _____0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*..............................  +$ ___5,517,677.66

4. **Total liabilities**...................................................................  $ ___11,736,593.66
   Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name _Trinity Excavators, LLC_

United States Bankruptcy Court for the: _Southern District of Texas_

Case number (If known): _24-35266_

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** — $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Third Coast Bank | Checking | 7 4 9 8 | $ 37.62 |
| 3.2. | | | | $ |

4. **Other cash equivalents** *(Identify all)*

| 4.1. | | $ |
|---|---|---|
| 4.2. | | $ |

5. **Total of Part 1** — $ 37.62

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| 7.1. | | $ |
|---|---|---|
| 7.2. | | $ |

Debtor   Trinity Excavators, LLC
_____
Name

Case number *(if known)* 24-35266
_____

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. _____   $_____

8.2. _____   $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.   $_____

---

**Part 3:   Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

| | | | Current value of debtor's interest |
|---|---|---|---|

**11. Accounts receivable**

| | face amount | doubtful or uncollectible accounts | | Current value of debtor's interest |
|---|---|---|---|---|
| 11a. 90 days old or less: | 0.00 | − 0.00 | = ....... ➜ | $ 0.00 |
| 11b. Over 90 days old: | 2,369,234.09 | − 0.00 | = ....... ➜ | $ 2,369,234.09 |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.   $ 2,369,234.09

---

**Part 4:   Investments**

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| 14.1. _____ | _____ | $_____ |
|---|---|---|
| 14.2. _____ | _____ | $_____ |

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                              % of ownership:

| 15.1. _____ | _____% | _____ | $_____ |
|---|---|---|---|
| 15.2. _____ | _____% | _____ | $_____ |

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| 16.1. _____ | _____ | $_____ |
|---|---|---|
| 16.2. _____ | _____ | $_____ |

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.   $_____

---

Debtor    Trinity Excavators, LLC _____    Case number *(if known)* 24-35266 _____
              Name

---

| **Part 5:** | **Inventory, excluding agriculture assets** |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | ____ / ____ / _____ <br> MM / DD / YYYY | $ _____ | _____ | $ _____ |
| **20. Work in progress** | | | | |
| _____ | ____ / ____ / _____ <br> MM / DD / YYYY | $ _____ | _____ | $ _____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | ____ / ____ / _____ <br> MM / DD / YYYY | $ _____ | _____ | $ _____ |
| **22. Other inventory or supplies** | | | | |
| _____ | ____ / ____ / _____ <br> MM / DD / YYYY | $ _____ | _____ | $ _____ |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ _____

**24. Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____ Valuation method _____ Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| _____ | $ _____ | _____ | $ _____ |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | $ _____ | _____ | $ _____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $ _____ | _____ | $ _____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $ _____ | _____ | $ _____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $ _____ | _____ | $ _____ |

Debtor  Trinity Excavators, LLC
        _____
        Name

Case number *(if known)* 24-35266
                        _____

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

　　☐ No

　　☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| | $_____ | _____ | $_____ |
| **40. Office fixtures** | | | |
| | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | $_____ | _____ | $_____ |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$_____

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor  Trinity Excavators, LLC

Name

Case number *(if known)*  24-35266

---

**Part 8:**  **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☒ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1  2022 Dodge Ram Utility Truck VIN: 3C7WR5AJ0NG253779 | $_____ | Fair Market Value | $ 40,000.00 |
| 47.2  2023 Chevy Silverado 2500 HD VIN: 2GC4YNEY9P1720062 | $_____ | Fair Market Value | $ 40,000.00 |
| 47.3  Big Tex Gooseneck Trailer VIN: 16V3F3825P6252583 | $_____ | Fair Market Value | $ 15,000.00 |
| 47.4  See continuation sheet | $ 0.00 | | $ 155,000.00 |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $_____ | | $_____ |
| 48.2 _____ | $_____ | | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1 _____ | $_____ | | $_____ |
| 49.2 _____ | $_____ | | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>See continuation sheet | $ 0.00 | | $ 64,000.00 |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 314,000.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☒ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☒ No

☐ Yes

---

Debtor    Trinity Excavators, LLC
      Name

Case number (*if known*)____24-35266____

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**
- ☑ No. Go to Part 10.
- ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | $_____ | _____ | $_____ |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
- ☐ No
- ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
- ☑ No. Go to Part 11.
- ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____

| Debtor | Trinity Excavators, LLC | Case number *(if known)* | 24-35266 |
|---|---|---|---|
| | Name | | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
- ☐ No
- ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ☐ No
- ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.
- ☑ No. Go to Part 12.
- ☐ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**

Description (include name of obligor)

_____   _____ − _____ = ➜   $_____
                              Total face amount      doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   $_____
_____   Tax year _____   $_____
_____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**

_____   $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____   $_____

Nature of claim   _____

Amount requested   $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____   $_____

Nature of claim   _____

Amount requested   $_____

76. **Trusts, equitable or future interests in property**

_____   $_____

77. **Other property of any kind not already listed**   *Examples:* Season tickets, country club membership

_____   $_____
_____   $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.   $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

Debtor  Trinity Excavators, LLC
        Name

Case number (if known)  24-35266

---

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 37.62 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 2,369,234.09 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 314,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ..............................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........................91a. | $ 2,683,271.71 | **+** 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ..................2,683,271.71.................................. $ 2,683,271.71

24-35266

Debtor 1    Trinity Excavators, LLC

First Name    Middle Name    Last Name      Case number *(if known)*_____

## Continuation Sheet for Official Form 206 A/B

**47) Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**
**General description Net book value Valuation method Current value**
**2022 Haulmark Fair Market Value 12,500.00**
**Trailer - Office**
**VIN**
**:7KBIE2424PY901929**
**2022 Haulmark Fair Market Value 7,500.00**
**Trailer VIN:**
**7KBIE24**
**25NT903324901929**
**2021 GMC Sierra Fair Market Value 40,000.00**
**2500 HD VIN:**
**1GT19PEY1MF294447**
**2022 Chevy Fair Market Value 55,000.00**
**Silverado 2500 HD**
**VIN:**
**1C6SRFHT0LN342207**
**2022 Dodge Ram Fair Market Value 40,000.00**
**Utility Truck VIN:**
**3C7WR5AJXNG253773**
**50) Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
**General description Net book value Valuation method Current value**
**Survey Equipment: Fair Market Value 30,000.00**
**Total Stations**
**Survey Equipment: Fair Market Value 14,000.00**
**Data Collectors**
**SERIALS:**
**TSC5-1-1100-00 and**
**121952-01-GEO**
**Survey Equipment: Fair Market Value 20,000.00**
**GPS**

**Fill in this information to identify the case:**

Debtor name: Trinity Excavators, LLC

United States Bankruptcy Court for the: Southern District of Texas

Case number (If known): 24-35266

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

## Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  |  | Column A | Column B |
|---|---|---|---|
|  |  | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.1**

**Creditor's name**
Ally Financial

**Creditor's mailing address**
PO Box 380902
Minneapolis, MN 55485

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor,

**Describe debtor's property that is subject to a lien**
2023 Chevy Silverado 2500 HD VIN: 2GC4YNEY9P1720062

$ Unknown        $ 40,000.00

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**

**Creditor's name**
Ally Financial

**Creditor's mailing address**
PO Box 380902
Minneapolis, MN 55438

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
2022 Chevy Silverado 2500 HD VIN: 1C6SRFHT0LN342207

$ Unknown        $ 55,000.00

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**        $ 6,218,916.00

| Debtor | Trinity Excavators, LLC | | Case number (if known) | 24-35266 |
|---|---|---|---|---|
| | Name | | | |

---

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.3** Creditor's name
Blade Funding Inc.

**Describe debtor's property that is subject to a lien**
UCC 23-0021646882

$215,721.00     $ 0.00

**Creditor's mailing address**

Michael I. Bernstein, PA

10800 Biscayne Boulevard, Ste 950, Miami

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

---

**2.4** Creditor's name
CloudFund, LLC d/b/a Delta Bridge Funding

**Describe debtor's property that is subject to a lien**
UCC 23-0008010569

$97,000.00     $ 0.00

**Creditor's mailing address**

Business Filings Incorporated

1200 South Pine Island Road, Fort Lauderdale

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | Trinity Excavators, LLC | | Case number *(if known)* | 24-35266 |
|---|---|---|---|---|
| | Name | | | |

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|

| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.5** Creditor's name
Donald Pyburn

**Describe debtor's property that is subject to a lien**

UCC 22-0055829760

$485,583.00          $0.00

**Creditor's mailing address**

155 Windfair Loop
Montgomery, TX 77316

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

---

**2.6** Creditor's name
First Citizen Bank & Trust

**Describe debtor's property that is subject to a lien**

2022 Dodge Ram Utility Truck VIN: 3C7WR5AJXNG253773

$Unknown          $40,000.00

**Creditor's mailing address**

PO Box 856502
Minneapolis, MN 55485

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | Trinity Excavators, LLC | Case number *(if known)* | 24-35266 |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.7** **Creditor's name**
First Citizens Bank & Trust
_____

**Creditor's mailing address**

PO Box 856502
Minneapolis, MN 55485
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2022 Haulmark Trailer - Office
VIN:7KBIE2424PY901929

$Unknown         $12,500.00

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.8** **Creditor's name**
First Citizens Bank & Trust
_____

**Creditor's mailing address**

PO Box 856502
Minneapolis, MN 55485
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2022 Dodge Ram Utility Truck VIN:
3C7WR5AJ0NG253779

$Undetermined         $40,000.00

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | Trinity Excavators, LLC | Case number *(if known)* | 24-35266 |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.9** Creditor's name
First Citizens Bank & Trust

_____

Creditor's mailing address

PO Box 856502
Minneapolis, MN 55485

Creditor's email address, if known

_____

Date debt was incurred     _____
Last 4 digits of account
number                              _____

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    [ _____ ]

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2021 GMC Sierra 2500 HD VIN: 1GT19PEY1MF294447

$ Unknown        $ 40,000.00

Describe the lien

_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.10** Creditor's name
First Western Equipment Finance

_____

Creditor's mailing address

1000 Prairie Center Drive
Eden Prairie, MN 55344

Creditor's email address, if known

_____

Date debt was incurred     _____
Last 4 digits of account
number                              _____

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    [ _____ ]

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Survey Equipment: GPS

$ Unknown        $ 20,000.00

Describe the lien

_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor __Trinity Excavators, LLC_____ Case number (if known)___24-35266___
      Name

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.11** Creditor's name
First Western Equipment Finance

_____

**Creditor's mailing address**

_____
Eden Prairie, MN 55344

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Survey Equipment: Total Stations

$Unknown     $30,000.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.12** Creditor's name
First Western Equipment Finance

_____

**Creditor's mailing address**

_____
1000 Prairie Center Drive
Eden Prairie, MN 55344

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Survey Equipment: Data Collectors
SERIALS: TSC5-1-1100-00 and
121952-01-GEO

$Unknown     $14,000.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | Trinity Excavators, LLC | Case number *(if known)* | 24-35266 |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.13** **Creditor's name**
Instafunders LLC

**Describe debtor's property that is subject to a lien**
23-0020598635

$102,656.00            $0.00

**Creditor's mailing address**

Tzvi H. Pershin
1019 Kane Concourse, 202-A, Miami, FL 3:

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**2.14** **Creditor's name**
Libertas Funding LLC

**Describe debtor's property that is subject to a lien**
UCC 22-0055829760 UCC 23-0003146857
UCC 23-0006811374

$960,765.00            $ 0.00

**Creditor's mailing address**

Corporation Service Company
1201 Hays Street, Tallahassee, FL 32301

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

| Debtor | Trinity Excavators, LLC | Case number *(if known)* | 24-35266 |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|

| | | **Amount of claim** | **Value of collateral that supports this claim** |
|---|---|---|---|
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.15** Creditor's name
Merchants Bonding Company™

**Creditor's mailing address**

Larry Taylor
6700 Westown Parkway, West Des Moines

**Creditor's email address, if known**

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

UCC 23-0053467020

$ 0.00      $ 0.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

---

**2.16** Creditor's name
Slate Advance LLC

**Creditor's mailing address**

15 America Avenue, Ste 3
Lakewood, NJ 08701

**Creditor's email address, if known**

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

UCC 23-0053467020

$ 221,495.00      $ 0.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | Trinity Excavators, LLC | Case number (if known) | 24-35266 |
|---|---|---|---|
| | Name | | |

## Part 1: Additional Page

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** | **Value of collateral that supports this claim** |
| | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

### 2.17

**Creditor's name**
Synchrony Bank

_____

**Creditor's mailing address**

PO Box 669805
_____
Dallas, TX 75266
_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Big Tex Gooseneck Trailer VIN: 16V3F3825P6252583

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$Unknown     $ 15,000.00

---

### 2.18

**Creditor's name**
Third Coast Bank

_____

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

UCC 22-0054435287

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

$ 4,135,696.00     $ 2,369,234.09

---

| Debtor | Trinity Excavators, LLC | Case number *(if known)* | 24-35266 |
|--------|------------------------|--------------------------|----------|
| | Name | | |

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|------------------------------------------------------------|-------------------------------------------------|
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |

**Fill in this information to identify the case:**

Debtor _____ Trinity Excavators, LLC

United States Bankruptcy Court for the: _____ Southern District of Texas

Case number _____ 24-35266
(if known)

☐ Check if this is an
amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1** | Priority creditor's name and mailing address

As of the petition filing date, the claim is: $_____   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

**Basis for the claim:**

Last 4 digits of account
number     _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

**2.2** | Priority creditor's name and mailing address

As of the petition filing date, the claim is: $_____   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

**Basis for the claim:**

Last 4 digits of account
number     _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

**2.3** | Priority creditor's name and mailing address

As of the petition filing date, the claim is: $_____   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

**Basis for the claim:**

Last 4 digits of account
number     _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

Debtor    Trinity Excavators, LLC
_____    Case number (if known) ___24-35266___
            Name

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority
   unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1** | **Nonpriority creditor's name and mailing address**
4-Horn Trench & Shoring
Jason Judson, Registered Agent
8003 Red Bluff Road
Pasadena, TX 77507

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 2,062.73

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.2** | **Nonpriority creditor's name and mailing address**
A Quality Trucking & Dirt Services
Mary Coleman
802 Texas Parkway, Ste 2-A
Stafford, TX 77477

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 144,786.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.3** | **Nonpriority creditor's name and mailing address**
Abatix Corp
Corporation Service Company
211 E. 7th Street, Ste 620
Austin, TX 78701

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 882.20

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address**
Action Trucking Company
1306 East Anderson Road
Houston, TX 77047

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 3,080.70

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address**
Agtek Development Co.
Douglass C. Pittman
1309 Merlot
New Braunfels, TX 78132

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 1,445.14

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address**
Allterra Central, Inc.
Robert Hempfling, Registered Agent
116 E. Huntland Drive
Austin, TX 78752

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 173.20

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Trinity Excavators, LLC | Case number *(if known)* | 24-35266 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.7  Nonpriority creditor's name and mailing address**

Alsina Forms Co., Inc.
Corporation Service Company
211 E. 7th Street, Ste 620
Austin, TX 78701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 297,833.62

**3.8  Nonpriority creditor's name and mailing address**

American Fence Company
CT Corporation Systems
1999 Bryan Street, Ste 900
Dallas, TX 75201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 16,973.00

**3.9  Nonpriority creditor's name and mailing address**

AmeriTex Pipe & Products LLC
Keny J. Lisenby, Registered Agent
3808 Candleite Court
Fort Worth, TX 76109

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 8,530.10

**3.10  Nonpriority creditor's name and mailing address**

Arcosa Stabilized Materials
CT Corporation System
1999 Bryan Street, Ste 900
Dallas, TX 75201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 215,405.14

**3.11  Nonpriority creditor's name and mailing address**

Argos USA LLC
Corporation Service Company
211 E, 7th Street, Ste 620
Austin, TX 78701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 6,930.00

Debtor  Trinity Excavators, LLC
    Name

Case number (*if known*)  24-35266

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.12**    **Nonpriority creditor's name and mailing address**

B & H Distributors
Harry C. Hillhouse
12857 Kingsbridge Lane
Houston, TX 77077

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,928.17

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.13**    **Nonpriority creditor's name and mailing address**

Bayou Forming, Inc.
Jim Sonti
1410 Wadsorth
Houston, TX 77015

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,829.87

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.14**    **Nonpriority creditor's name and mailing address**

Bee Line Ready Mix
Paul Black
11201 State Highway 205
Lavon, TX 75166

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 210,644.83

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.15**    **Nonpriority creditor's name and mailing address**

Bee Sand Company
Wesley W. Weldon
3123 Quail Valley East
Missouri City, TX 77489

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 6,945.11

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.16**    **Nonpriority creditor's name and mailing address**

Belknap Concrete Cutting & Drilling
S. Cleve Gazaway
903 Solon
Houston, TX 77064

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,842.89

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

| Debtor | Trinity Excavators, LLC | | Case number *(if known)* | 24-35266 |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.17 Nonpriority creditor's name and mailing address**

Bigge Crane and Rigging Co. d/b/a Bigge
Equipment Co.
Corporation Service Company
211 E. 7th Street, Ste 620
Austin, TX 78701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 126,546.83

---

**3.18 Nonpriority creditor's name and mailing address**

BPI Materials
Martin Jackson
7601 Hwy 21 West
Bryan, TX 77807

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 7,004.75

---

**3.19 Nonpriority creditor's name and mailing address**

Brenntag North America, Inc.
Corporation Service Company
211 E. 7th Street, Ste 620
Austin, TX 78701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 19,511.55

---

**3.20 Nonpriority creditor's name and mailing address**

C&C Concrete and Finishing, Inc. d/b/a C&C
Concrete Pumping
Kori Hall
15253 Hawk Lane
Holland, TX 76534

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 38,028.76

---

**3.21 Nonpriority creditor's name and mailing address**

Cavett Turner & Wyble LLP
Clifford W. Cavett
2615 Calder, Ste 400
Beaumont, TX 77702

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 1,850.20

---

Debtor    Trinity Excavators, LLC
_____
Name

Case number (if known) ___24-35266___

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.22  Nonpriority creditor's name and mailing address**

CMC Commercial Metals
Sandra Marisol Hernandez
2973 Clovis Avenue
Dallas, TX 75233

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

$ 96,956.85

---

**3.23  Nonpriority creditor's name and mailing address**

Colgan Industries
Lance Fox
3535 Calder Avenue, Ste 310
Beaumont, TX 77706

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

$ 553,515.01

---

**3.24  Nonpriority creditor's name and mailing address**

Concrete Contractors Supply of Texas
Leo A. Kissner
4265 San Felipe, Ste 500
Houston, TX 77027

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

$ 7,755.21

---

**3.25  Nonpriority creditor's name and mailing address**

Construction EcoServices II, Inc.
Northwest Registered Agent
5900 Balcones Drive, Ste 100
Austin, TX 78731

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

$ 78,644.50

---

**3.26  Nonpriority creditor's name and mailing address**

Core & Main LP
Corporation Service Company
211 E. 7th Street, Ste 620
Austin, TX 78701

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

$ 5,468.69

---

Debtor   Trinity Excavators, LLC
Name                                                          Case number *(if known)* 24-35266

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 27  **Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is:      $ 50,255.40
*Check all that apply.*
Creating Construction                                          ☐ Contingent
808 Becker St.                                                ☐ Unliquidated
Channelview, TX 77530                                         ☐ Disputed

                                                              **Basis for the claim:**

                                                              **Is the claim subject to offset?**
Date or dates debt was incurred   _____            ☑ No
Last 4 digits of account number   _____            ☐ Yes

**3.** 28  **Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is:      $ 21,477.31
*Check all that apply.*
Eco Material Technologies                                     ☐ Contingent
CT Corporation System                                        ☐ Unliquidated
1999 Bryan Street, Ste 900                                   ☐ Disputed
Dallas, TX 75201

                                                              **Basis for the claim:**

                                                              **Is the claim subject to offset?**
Date or dates debt was incurred   _____            ☑ No
Last 4 digits of account number   _____            ☐ Yes

**3.** 29  **Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is:      $ 36,287.03
*Check all that apply.*
Edgar Machinery Corp.                                         ☐ Contingent
7700 Romea St.                                               ☐ Unliquidated
Houston, TX 77028                                            ☐ Disputed

                                                              **Basis for the claim:**

                                                              **Is the claim subject to offset?**
Date or dates debt was incurred   _____            ☑ No
Last 4 digits of account number   _____            ☐ Yes

**3.** 30  **Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is:      $ 93,332.80
*Check all that apply.*
Enterprise Commercial Paving                                  ☐ Contingent
Jeffrey A. Young                                             ☐ Unliquidated
13020 Donegal Way                                            ☐ Disputed
Houston, TX 77047

                                                              **Basis for the claim:**

                                                              **Is the claim subject to offset?**
Date or dates debt was incurred   _____            ☑ No
Last 4 digits of account number   _____            ☐ Yes

**3.** 31  **Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is:      $ 930.55
*Check all that apply.*
Environmental Allies                                          ☐ Contingent
Amanda Mayberry                                              ☐ Unliquidated
9370 Windfern Road                                           ☐ Disputed
Houston, TX 77064

                                                              **Basis for the claim:**

                                                              **Is the claim subject to offset?**
Date or dates debt was incurred   _____            ☑ No
Last 4 digits of account number   _____            ☐ Yes

Debtor  Trinity Excavators, LLC _____   Case number (if known)__24-35266__
         Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.**32 **Nonpriority creditor's name and mailing address**

Fire Main Solutions, LLC
Wayne Trivett
315 Magnolia Business Park Drive
Magnolia, TX 77354

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 118,400.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**33 **Nonpriority creditor's name and mailing address**

Fortiline Waterworks
Capitol Corporate Services, Inc.
1501 S. Mopac Expressway, Ste 220
Austin, TX 78746

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 251,512.13

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**34 **Nonpriority creditor's name and mailing address**

Garcia Welding and Machining
Freddy Garcia
1303 Elton St.
Houston, TX 77034

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 5,211.64

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**35 **Nonpriority creditor's name and mailing address**

Global Material Solutions LLC
Jeremy C. Orellana
5059 W Bellfort Ave
Houston, TX 77035

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 231,347.30

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**36 **Nonpriority creditor's name and mailing address**

HD Supply White Cap
P.O. Box 4852
Orlando, FL 32802

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 74,881.75

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Trinity Excavators, LLC
          Name                                                    Case number *(if known)*  24-35266

---

**Part 2:   Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.37**  Nonpriority creditor's name and mailing address

Heavy Machines, Inc.
PO Box 306330
Nashville, TN 37230

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 183,320.92

---

**3.38**  Nonpriority creditor's name and mailing address

Herc Rentals
CT Corporation System
289 S Culver St
Lawrenceville, GA 30046

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 138,264.29

---

**3.39**  Nonpriority creditor's name and mailing address

Hilti Inc.
Prentice-Hall Corporation System, Inc.
800 BRAZOS ST STE 750
Austin, TX 78701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 10,258.00

---

**3.40**  Nonpriority creditor's name and mailing address

HM South Texas Concrete LLC
Corporation Service Company d/b/a
CSC-Lawyers Incorporating Service. Company.
211 E. 7th Street, Ste 620
Austin, TX 78701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 387,966.83

---

**3.41**  Nonpriority creditor's name and mailing address

Holt CAT
ANDREA H. CATANIA
3300 NO. A STREET BUILDING 2, SUITE 220
Midland, TX 79705

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 28,598.66

---

Debtor  Trinity Excavators, LLC

Name

Case number (if known) 24-35266

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.42** **Nonpriority creditor's name and mailing address**

Hurricane Tool & Supply
Glenn Harper
4330 Center Street
Deer Park, TX 77536

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 101,851.39

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.43** **Nonpriority creditor's name and mailing address**

I & A Construction
Irene Cardena
Route 20 Box 1038
Edinburg, TX 78539

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 322,273.18

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.44** **Nonpriority creditor's name and mailing address**

Industrial Fabrics, Inc
C T CORPORATION SYSTEM
1999 BRYAN ST., STE. 900
Dallas, TX 75201

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 775.62

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.45** **Nonpriority creditor's name and mailing address**

Kelso Concrete Co.
JOHN W. KELSO
7225 HARBORSIDE
Galveston, TX 77554

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 85,410.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.46** **Nonpriority creditor's name and mailing address**

LHoist North America of Texas, Ltd
THE PRENTICE-HALL CORPORATION
SYSTEM, INC.
211 E. 7TH STREET SUITE 620
Austin, TX 78701

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 20,654.31

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor _____Trinity Excavators, LLC_____     Case number (if known)___24-35266_____
              Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.47  Nonpriority creditor's name and mailing address**

M Surety Services, LLC
JUSTIN MCQUAIN
39 JUNIPER GROVE PLACE
Spring, TX 77382

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 1,905.00

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.48  Nonpriority creditor's name and mailing address**

Martin Marietta Materials
CT Corporation System
350 N. St. Paul Street
Dallas, TX 75201

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 172,952.73

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.49  Nonpriority creditor's name and mailing address**

Master Curb, LLC
Mrs. Ana Garcia
17916 Arbor Oaks Circle
New Caney, TX 77357

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 1,905.25

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.50  Nonpriority creditor's name and mailing address**

Montana Nelson Ready Mix, LLC
MONTANA NELSON
911 E. CHURCH ST.
Livingston, TX 77351

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 14,030.00

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.51  Nonpriority creditor's name and mailing address**

Mustang Cat
CHRIS STAFF
1506 CR 169
Garwood, TX 77442

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 1,959.57

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor  Trinity Excavators, LLC

Name

Case number *(if known)* 24-35266

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.52** Nonpriority creditor's name and mailing address

Mustang Rental Services
JERRY M. YOUNG
12800 NORTHWEST FREEWAY
Houston, TX 77040

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 25,291.16

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.53** Nonpriority creditor's name and mailing address

Ox Heavy Haul LLC
Dillion Goggin
130 BILTMORE LOOP
Montgomery, TX 77316

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 7,685.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.54** Nonpriority creditor's name and mailing address

Park USA
GARY R. RICE
2828 ROUTH STREET SUITE 400
Dallas, TX

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 75,201.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.55** Nonpriority creditor's name and mailing address

R & A Road Boring, LLC
CELERINO SANCHEZ
11450 HIRSCH RD
Houston, TX 77016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 25,724.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.56** Nonpriority creditor's name and mailing address

Ram Tool Construction Supply Co.
PO BOX 743487
Atlanta, GA 30374

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,632.63

Date or dates debt was incurred _____

Last 4 digits of account number _____

| Debtor | Trinity Excavators, LLC | | | |
| | Name | | Case number *(if known)* | 24-35266 |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.57   Nonpriority creditor's name and mailing address**

Ritz Safety
Corporation Service Company dba CSC-Lawyers
Incorporating Service Co.
211 E. 7TH STREET, SUITE 620
Austin, TX 78701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 6,724.29

---

**3.58   Nonpriority creditor's name and mailing address**

RME Concrete Pumpers Inc.
SHARON DEMCZAK
11455 QUEENSBORO CT.
Montgomery, TX 77316

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 36,360.31

---

**3.59   Nonpriority creditor's name and mailing address**

Rock Solid Precast, LP
BRYAN SAUNDERS
11393 SLEEPY HOLLOW ROAD
Spring, TX 77387

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 74,854.95

---

**3.60   Nonpriority creditor's name and mailing address**

SitePro Rentals, Inc
CHERYL M. GOSCH
5949 SHERRY LANE, SUITE 1900
Dallas, TX 75225

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 86,491.41

---

**3.61   Nonpriority creditor's name and mailing address**

Skyblack Rentals
14029 East Fwy
Houston, TX 77015

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 38,085.24

Debtor   Trinity Excavators, LLC

Name

Case number *(if known)*   24-35266

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.62** **Nonpriority creditor's name and mailing address**

Southern Carlson
CSC of Stephens County, Inc.
597 Big A Road
Toccoa, GA 30577

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 18,352.82

---

**3.63** **Nonpriority creditor's name and mailing address**

Speed Printing & Office Supply
THOMAS F BRAATEN JR
393 GREENS RD
Houston, TX 77060

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 197.70

---

**3.64** **Nonpriority creditor's name and mailing address**

SpringCy 2, LLC
JOHN ETHAN CURRIER
12777 JONES RD STE 165
Houston, TX 77070

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 231.49

---

**3.65** **Nonpriority creditor's name and mailing address**

SRM Concrete
J.D. Kious
1000 Hollingshead Circle
Murfreesboro, TN 37129

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 126,640.00

---

**3.66** **Nonpriority creditor's name and mailing address**

Summit Equipment Company, LLC
MICHAEL K. OTIS
11339 CUTTEN RD
Houston, TX 77066

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,471.95

---

Debtor    Trinity Excavators, LLC
          _____          Case number (*if known*) __24-35266__
          Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.67** | **Nonpriority creditor's name and mailing address**

Sunbelt Rentals
PO Box 409211
Atlanta, GA 30384

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 88,986.13

---

**3.68** | **Nonpriority creditor's name and mailing address**

Sunstate Equipment Co.
CT Corporation
1999 Bryan Street. Ste 900
Dallas, TX 75201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 113,681.64

---

**3.69** | **Nonpriority creditor's name and mailing address**

Texas State Rentals
20228 Schiel Rd.
Cypress, TX 77433

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 107,789.04

---

**3.70** | **Nonpriority creditor's name and mailing address**

Texas State Rentals
Dillon Goggin
24010 Tomball Pkwy
Tomball, TX 77375

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 107,789.04

---

**3.71** | **Nonpriority creditor's name and mailing address**

United Rentals
Corporation Service Company
211 E. 7th Street, Ste 620
Austin, TX 78701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 338,985.09

---

Debtor    Trinity Excavators, LLC
          _____
          Name

          Case number (if known) _24-35266_

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

3.⁷² **Nonpriority creditor's name and mailing address**

Vulcan Materials Company
C T CORPORATION SYSTEM
1999 BRYAN ST. SUITE 900
Dallas, TX 75201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 11,166.26

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

3._____ **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

3._____ **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

3._____ **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

3._____ **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

Debtor   Trinity Excavators LLC                                    Case number (*if known*) 24-35266
         Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. ﹢ | $ 5,517,677.66 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 5,517,677.66 |

**Fill in this information to identify the case:**

Debtor name __Trinity Excavators, LLC__

United States Bankruptcy Court for the: __Southern District of Texas__

Case number (If known): __24-35266__          Chapter __11__

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name ___Trinity Excavators, LLC___

United States Bankruptcy Court for the: ___Southern District of Texas___

Case number (If known): ___24-35266___

☐ Check if this is an amended filing

Official Form 206H
## Schedule H: Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 Dana Buttry | | Third Coast Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 Brian Buttry | | Donald Pyburn | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 Dana Buttry | | Donald Pyburn | ☑ D<br>☐ E/F<br>☐ G |
| 2.4 Brian Buttry | | Third Coast Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.5 Brian Buttry | | Slate Advance LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.6 Brian Buttry | | Libertas Funding LLC | ☑ D<br>☐ E/F<br>☐ G |

| Debtor | Trinity Excavators, LLC | Case number (if known) | 24-35266 |
|--------|-------------------------|------------------------|----------|
|        | Name                    |                        |          |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.7   Brian Buttry | | Instafunders LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.8   Brian Buttry | | CloudFund, LLC d/b/a Delta Bridge Funding | ☑ D<br>☐ E/F<br>☐ G |
| 2.9   Brian Buttry | | Blade Funding Inc. | ☑ D<br>☐ E/F<br>☐ G |
| 2.___ | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case and this filing:**

Debtor Name  Trinity Excavators, LLC

United States Bankruptcy Court for the:  Southern District of Texas

Case number (*If known*):  24-35266

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors
12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/04/2024        ✖ /s/ Dana "Shelli" Buttry
        MM / DD / YYYY        Signature of individual signing on behalf of debtor

                               Dana "Shelli" Buttry
                               Printed name

                               Authorized Officer
                               Position or relationship to debtor